UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>            Plaintiff,<br><br>      v.<br><br>S. ESCOBAR,<br><br>            Defendant. | 1:16-cv-01770-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PERMISSION TO FILE EXHIBIT<br><br>(ECF NO. 13) |

Guillermo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action November 22, 2016. (ECF No. 1). The complaint has not yet been screened.

On January 6, 2017, Plaintiff filed a "motion to order the Court's permission to submit exhibit's [sic] to civil right's [sic] action," asking the Court for permission to submit an exhibit that allegedly shows that Plaintiff exhausted his administrative remedies. Plaintiff's motion will be denied. The Court will not be considering the question of exhaustion of administrative remedies when it screens Plaintiff's complaint, which is the next step in this case. Accordingly, there is currently no need for Plaintiff to submit an exhibit that shows that he properly exhausted his administrative remedies.

If and when Defendant raises the issue of exhaustion of administrative remedies, there

will be an opportunity for Plaintiff to submit exhibits relevant to that issue.

Accordingly, IT IS ORDERED that Plaintiff's "motion to order the Court's permission to submit exhibit's [sic] to civil right's [sic] action" is DENIED, without prejudice to the exhibit being filed at a later time.

IT IS SO ORDERED.

Dated:   **January 10, 2017**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE